■ SHERWIN G. SWARTOUT et al., Appellants, v STATE OF NEW YORK, Respondent.—Order unanimously affirmed, without costs, upon the opinion at the Court of Claims. (Appeal from order of Court of Claims—discovery.) Present—Moule, J. P., Cardamone, Simons, Mahoney and Dillon, JJ.